IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LIONEL THOMPSON,

   *Plaintiff*,

v.                                          Case No.: 5:24cv271-MW/MJF

RICKY DIXON,

   *Defendant.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. The Magistrate Judge recommends dismissal for failure to prosecute, failure to pay the filing fee, and failure to comply with Court Orders. This Court has independently verified that neither of the Magistrate Judge's prior orders have been returned as undeliverable. Accordingly, upon consideration, no objections having been filed by the parties,

   **IT IS ORDERED:**

The report and recommendation, ECF No. 9, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to prosecute, failure to pay the filing

fee, and failure to comply with Court Orders." The motion for preliminary injunction, ECF No. 8, is **DENIED as moot**. The Clerk shall close the file.

**SO ORDERED on April 1, 2025.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**